IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Alan Albright, | : | |
| Plaintiff | : | Civil Action 2:13-cv-00070 |
| v. | : | Judge Frost |
| Anthem Life Insurance Company, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

## ORDER

Counsel has reported that this case has settled. The preliminary pretrial conference set for June 13, 2013 is CANCELED. If a dismissal entry has not been filed, counsel are DIRECTED to file a status report entry within 45 days of the date of this Order.

s/Mark R. Abel
United States Magistrate Judge